UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
LORENZO ROBINSON
                                                            :
                    Plaintiff,                                    <u>ORDER</u>
                                                            :
          -v.-
                                                            :    22 Civ. 3711 (LAK) (GWG)
WARREN MORGAN et al.,
                                                            :
                    Defendant.
------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

     By Order dated July 7, 2022, the Court required each party in this matter to make a written submission to the Court in the form of a "Proposed Scheduling Order" on or before July 15, 2022, and to appear at a Rule 16 conference by telephone at 10:30 a.m. on July 19, 2022.

     Neither party filed the Proposed Scheduling Order on July 15, 2022. Nor did either party request an adjournment of the due date of the submission. On July 18, 2022 at 9:17 a.m., a clerk to the undersigned sent an email to the attorneys for the parties at the email addresses they supplied to the Court informing them of this failure and suggesting that they take "immediate steps to rectify this problem." Notwithstanding the email, the Proposed Scheduling Order was not filed.

     The Court held the Rule 16 conference today at 10:30 a.m. The attorneys failed to dial in to the call.

     It appearing to the Court that both parties are in violation of the Court's Order of July 7, 2022, it is hereby ORDERED that Igor Grichanik and Claire Frances Rush shall, by July 26, 2022, each file an affidavit and a memorandum of law compliant with Local Civil Rule 7.1(a)(2) setting forth counsel's views on why counsel or counsel's client should not be sanctioned pursuant to Fed. R. Civ. P. 16(f) and 28 U.S.C. § 1927. A courtesy copy of the filing shall be mailed to the undersigned. The Court will thereafter issue a written order in the event a sanction is imposed.

     In addition, and separately, the parties shall file the Proposed Scheduling Order as required by Docket # 15 on or before July 21, 2022.

     SO ORDERED.

Dated:  New York, New York
        July 19, 2022

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge