UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                                 :

LORENZO ROBINSON

                                                                 :

              Plaintiff,                                        ORDER

                                                                 :

        -v.-

                                                                 :        22 Civ. 3711 (LAK) (GWG)

WARREN MORGAN et al.,

                                                                 :

              Defendant.
-------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Having considered the responses to the order to show cause, no sanction will issue.

        SO ORDERED.

      Dated:  New York, New York
              July 27, 2022

                                                  _____
                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge