UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

Lorenzo Robinson,

        Plaintiff,

v.

Warren Morgan, et al.,

        Defendants.
------------------------------x

22-CV-3711 (LAK)(GWG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/23

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Magistrate Judge Gorenstein has advised the Court that the parties have reached a settlement disposing of this case.

        Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before, March 16, 2023 if the settlement is not executed by then.

        SO ORDERED.

Dated:    February 14, 2023

                                                        /s/ Lewis A. Kaplan
                                                        Lewis A. Kaplan
                                            United States District Judge